| Date | Pleading Number | |
|---|---|---|
| 5/5/76 | 1. | MOTION & SUPPORTING MEMORANDUM -- Pltf. Jenkins Equipment Company -- Cases A-1 thru A-3 Re: Rousseau, No. 3,875,607 re construction of a gutter brush used in sweeping machines. Certificate of service on all parties and in district courts involved. REQUESTED TRANSFEREE FORUM: N.D. OHIO |
| | | Appearance -- J. W. Renner for Pltf/Movant Jenkins Equipment Co. w/motion |
| 5/14/76 | | APPEARANCE -- John W. Renner for Jenkins Equipment Co. and its cusomters Zarnoth Brush Works, Inc. and Kennedy Van Brush Mfg. Inc. |
| 5/19/76 | | REQUEST FOR EXTENSION OF TIME -- FMC CORP. -- GRANTED to May 28, 1976 |
| 5/24/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing June 25, 1976, Boston, Massachusetts |
| 5/27/76 | | REQUEST FOR EXTENSION -- GRANTED TO FMC ONLY to 6/3/76 |
| 6/7/76 | 2. | RESPONSE AND MEMORANDUM IN OPPOSITION TO MOTION OF JENKINS EQUIP. Co. w/request for oral hearing certificate of service and affidavit of of John L. Schmitt |
| | | CROSS- Motion -- FMC Corporation -- Adding A-4 and A-5 and requesting transfer of all actions. Schedule of Cases -- Designation of attorney REQUESTED TRANSFEREE FORUM: District of Kansas |
| 6/7/76 | | APPEARANCE -- Charles F. Meroni, Jr. for FMC Corporation |
| 6/3/76 | | REQUEST FOR EXTENSION -- FMC CORP. GRANTED to June 7, 1976 |
| 6/11/76 | | ORDER -- Correcting Hearing Order to include A-4 and A-5 in the Hearing Order filed on May 24, 1976 |
| 6/14/76 | | SERVICE ON U. S. D. C. of Cross Motion of FMC Corp. See pleading No. 2 |
| 6/21/76 | 3 | RESPONSE -- JENKINS EQUIPMENT CO. w/cert. of service |
| 6/21/76 | 4 | SUPPLEMENTAL RESPONSE -- FMC Corp. w/cert. of service |
| 6/25/76 | 5 | FILED IN OPEN COURT -- FMC statement re litigation in Kansas |
| 7/19/76 | 6 | STATUS REPORT -- FMC Corp. -- w/service on opposing counsel. |
| 7/22/76 | 7 | FUTHER ADVISORY STATUS REPORT -- FMC Corp. -- w/ cert. of service |
| 9/30/76 | | STATUS OF A-2 -- CHARLES F. MERONI, JR. w/cert. of service |
| 11/22/76 | | OPINION AND ORDER -- Transferring A-1, A-3 and A-5 to the D. Kansas under 28 U.S.C. §1407. |
| 11/22/76 | | CONSENT OF TRANSFEREE COURT -- For Judge O'Connor to handle litigation in D. Kansas under 28 U.S.C. §1407 |

OTO  11/22/76  C Supp 11631   422-11663

DOCKET NO. 255 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE THE FMC CORPORATION PATENT LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 6/25/76

Date(s) of Opinion(s) or Order(s) 11/22/76

Consolidation Ordered ✓   Name of Transferee Judge EARL E. O'CONNOR

Consolidation Denied ___   Transferee District D. KANSAS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | FMC Corporation v. Zarnoth Brush Works, Inc. | E.D.Wisc. Warren | 75-C-669 | 11/22/76 | 76-249-C2 | 9/8/77 | |
| A-2 | FMC Corporation v. Kennedy Van Brush Mfg., Inc. | Kansas O'Connor | 75-244-C2 | | | | |
| A-3 | Jenkins Equipment Co. v. FMC Corporation | N.D.Ohio Manos | C-76-439 | 11/22/76 | 76-251-C2 | 9/8/77 | |
| A-4 | FMC Corporation v. Jenkins Equipment Co., Sweepster, Inc. | Kansas O'Connor | 76-94-C2 | | | 1/14/77 | |
| A-5 | FMC Corporation v. Zarnoth Brush Works, Inc., Jenkins Equipment Co., Inc. and Sweepster, Inc. | E.D.Wisc. Warren | 76-C-316 | 11/22/76 | 76-250 | 1/14/77 | |

p. \_\_\_\_\_

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 255 -- IN RE THE FMC CORPORATION PATENT LITIGATION

JENKINS EQUIPMENT COMPANY
ZARNOTH BRUSH WORKS, INC.
KENNEDY VAN BRUSH MFG. INC.
John W. Renner, Esquire
Donnelly, Maky, Renner & Otto
601 Rockwell Avenue
Cleveland, Ohio 44114

FMC CORPORATION

John F. Pearne, Esquire
McNenny, Pearne, Gordon, Gail,
  Dickinson & Schiller
450 Tower East
Cleveland, Ohio  44122

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 255 -- THE FMC CORPORATION PATENT LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| FMC Corporation | Pltf. A-1; A-2; A-4; A-5 |
| | Def. A-3 |
| Zarnoth Brush Works, Inc. | Def. A-1; A-5 |
| Kennedy Van Brush Mfg., Inc. | Def. A-2 |
| Jenkins Equipkent Co. | Pltf. A-3 |
| | DEF. A-4 |
| Sweepter (acts for Jenkins) | A-4; A-5 |
| | |
| | |
| | |
| | |